OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401603

$ 000.27⁵

NOV 06 2015

11/3/2015
JONES, ARTHUR VANDROSS Tr. Ct. No. 914292-A                WR-84,137-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

ARTHUR VANDROSS JONES

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

EBN3B 77002